■    In the Matter of GLASS DOOR REST., INC., v. NEW YORK STATE LIQUOR AUTHORITY.— Motion for a stay granted on condition that the petitioner procures the record in this proceeding and petitioner's points to be served and filed on or before November 16, 1962, with notice of argument for November 29, 1962, said proceeding to be argued or submitted when reached. Respondent's points, if any, are to be served and filed on or before November 26, 1962. Concur — Rabin, J. P., Valente, Stevens, Eager and Bergan, JJ.

■    REUBEN H. EPSTEIN v. PAUL J. FOLEY.— Motion for leave to reargue or for leave to appeal to the Court of Apppeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Stevens and Eager, JJ.

■    In the Matter of RICHARD J. MORGAN, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Stevens and Eager, JJ.

■    In the Matter of RALPH H. WIENER et al. v. ROBERT E. HERMAN, as State Rent Administrator.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Stevens and Eager, JJ.